AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rick Erwin
Carol Erwin
V.

United States

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-1698 EGS

TO: (Name and address of Defendant)

U.S. Attorney General
DOJ
950 Pennsylvania Ave NW
Wash. DC 20530

PRO SE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
U.S. Attorney General
950 Pennsylvania Ave
Washington D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
OCT 24 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number (Transfer...)  7004 1350 0003 3638 8456

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

60 _____ days after service
nt by default will be taken against you for
action must be filed with the Clerk of this

-05

CLERK                              DATE
T. Davis
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rick Erwin
Carol Erwin
V.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: ~~05-1708 KBW~~
05-1698 EGS

TO: (Name and address of Defendant)

United States Attorney
501 3rd St NW
Washington, DC 20001

PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S ATTORNEY~~ (name and address)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernest L. Pell_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>OCT 2 6 2005 |
| 1. Article Addressed to:<br>Kenneth L Wainstein<br>United States Attorney<br>District of Columbia<br>555 4th Street NW<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article (Transfer  7004 1350 0003 3638 8449 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

60 _____ days after service
nt by default will be taken against you for
action must be filed with the Clerk of this

-05

_T. Davis_
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## District of Columbia

Rick Erwin
Carol Erwin  V.  United States             Case number: 05-1698EGS

## Affadavit  of  Service

_____          ____Jan 3, 2006____
Signed                                          Date