# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Rick Erwin,
Carol Erwin
6120 N Lakeway Dr.,
Warr Acres OK 73132
405-205-2472

Case No 1:05-cv-01698(EGS)

REQUEST FOR ENTRY OF DEFAULT

           Plaintiff(s),

v.

United States
           Defendant.

1. Plaintiffs request that default be entered forthwith against defendant.

2. The record shows that plaintiffs filed a complaint in the instant matter on August 25, 2005;

3. The record shows that plaintiffs served the United States Attorney the summons and complaint on October 26, 2005.

4. The record shows that the defendants' answer was due on December 25, 2005.

5. The record is silent as to defendant requesting an extension of time to answer.

6. The record shows that defendant has not answered the aforementioned complaint nor has defendant defended in this matter whatsoever.

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to defend in this matter plaintiffs are entitled to entry of default forthwith against defendant as a matter of law.

Dated February 10, 2006

_____
Rick Erwin

_____
Carol Erwin

Rick Erwin v. United States.      page 1 of 2 pages      Motion for default