Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
      Plaintiff(s)

v.

Civil Action No. _____

_____
      Defendant(s)

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly serve _____ on _____, and an affidavit on behalf of the plaintiff having been filed, it is this ____ day of _____, ____ declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                 Deputy Clerk