RECEIVED
MAY - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

Rick Erwin,
Carol Erwin

Case No. **1:05-cv-01698(EGS)**

          Plaintiff(s),

ADDENDUM TO COMPLAINT No. 1

v.

United States
          Defendant.

This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent

to plaintiff(s),) is a final agency action that articulates a very clear position that the IRS is unwilling to reconsider [1].

Dated 4-28, 2006

_____
Rick Erwin
6120 N Lakeway Dr.
Warr Acres OK 73132

_____
Carol Erwin
6120 N Lakeway Dr.
Warr Acres OK 73132

CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Pat S Genis, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated April 28, 2006

_____
Rick Erwin

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and for no other purpose.

Rick Erwin v. United States.     page 2 of 2 pages     Addendum to Complaint


**IRS** Department of the Treasury
Internal Revenue Service
MEMPHIS, TN  38101-0249


7105 5678 7180 0424 0140

Notice Number: CP504

082405.238750.0713.017 2 AT C.545 1724

RICKY A ERWIN
6120 N LAKEWAY DR
WARR ACRES  OK   73132-6405207


*443601658101*

82405

This notice contains two pre-addressed coupons for your convenience. Please detach the appropriate coupon and return to us in the envelope provided. Please refer to the information below to determine the correct address:

| To send **correspondence** regarding this account with **NO** payment | To send a **payment** or correspondence with a payment |
|---|---|
| Use the coupon addressed to: | Use the coupon addressed to: |
| Internal Revenue Service | Internal Revenue Service |

007197     199812 SBV

**IRS** Department of the Treasury
Internal Revenue Service
MEMPHIS, TN 38101-0249

Notice Number: CP 504
Notice Date: 04-17-2006
SSN/EIN: 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
Caller ID: 591022

7105 5678 7180 0424 0140

RICKY A ERWIN
6120 N LAKEWAY DR
WARR ACRES   OK   73132-6405207


*443601658101*

2405

## Urgent !!
### We intend to levy on certain assets. Please respond NOW.
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

### Account Summary

| Form: 1040A | Tax Period: 12-31-1998 |
|---|---|

Current Balance:     $71,044.75
Includes:
  Penalty:              $0.00
  Interest:         $7,166.11
  Last Payment:         $0.00

For information on your penalty & interest computations, you may call 1-800-829-8374

**Questions? Call us at 1-800-829-8374**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information

---

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 04-17-2006

*write on your check.*

| 1040A | 12-31-1998 | 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 |

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
   $71,044.75

Internal Revenue Service

RICKY A ERWIN
6120 N LAKEWAY DR
WARR ACRES   OK   73132-6405207

443601658 RF ERWI 30 0 199812 670 00007104475

007196 199912 SBV

**IRS** Department of the Treasury
Internal Revenue Service
MEMPHIS, TN 38101-0249

Notice Number: CP 504
Notice Date: 04-17-2006
**SSN/EIN:** 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
**Caller ID:** 591022

7105 5678 7180 0424 0133

RICKY A ERWIN
6120 N LAKEWAY DR
WARR ACRES OK   73132-6405207

*443601658101*

## Urgent !!

**We intend to levy on certain assets. Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

### Account Summary

| Form: 1040A | Tax Period: 12-31-1999 |
|---|---|

Current Balance:          $53,432.78
Includes:
  Penalty:                      $0.00
  Interest:                 $5,389.96
Last Payment:                   $0.00

For information on your penalty & interest computations, you may call 1-800-829-8374

Questions? Call us at **1-800-829-8374**

See the enclosed Publication 594, *The IRS Collection Process* and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 04-17-2006

write on your check:

| 1040A | 12-31-1999 | 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 |

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
$53,432.78

Internal Revenue Service

RICKY A ERWIN
6120 N LAKEWAY DR
WARR ACRES OK   73132-6405207

443601658 RF ERWI 30 0 199912 670 00005343278

```
                                                              007198       200212  SBV
```

**IRS** Department of the Treasury
Internal Revenue Service
MEMPHIS, TN 38101-0249

Notice Number: CP 504
Notice Date: 04-17-2006
**SSN/EIN:** 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
**Caller ID:** 591022

7105 5678 7180 0424 0157

RICKY A ERWIN
6120 N LAKEWAY DR
WARR ACRES  OK   73132-6405207

*443601658101*

406

## Urgent !!

**We intend to levy on certain assets.  Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

### Account Summary

| Form: 1040A | Tax Period: 12-31-2002 |
|---|---|

**Current Balance:**         $65,232.71
Includes:
  Penalty:                    $4,361.30
  Interest:                   $3,780.36
Last Payment:                   $0.00

For information on your penalty & interest computations, you may call 1-800-829-8374

**Questions?  Call us at 1-800-829-8374**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 12193, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 04-17-2006

*write on your check*

| 1040A | 12-31-2002 | 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 |
|---|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
  $65,232.71

Internal Revenue Service

RICKY A ERWIN
6120 N LAKEWAY DR
WARR ACRES  OK   73132-6405207

443601658 RF ERWI 30 0 200212 670 00006523271