`IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICK & CAROL ERWIN ) | |
| ) | |
| Plaintiffs, ) | No. 1:05-cv-1698 (CKK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO VACATE ENTRY OF DEFAULT AND**
**CROSS-MOTION TO DISMISS**

DEFENDANT, the United States of America, by and through its attorneys and pursuant to Fed. R. Civ. P. 55(c), moves for relief from the default entered by the Clerk in this case on February 14, 2006 and an order dismissing plaintiffs' complaint

As grounds for this motion, the United States asserts that the default must be vacated and the case dismissed for the following reasons:

- plaintiffs failed to properly serve the United States with a summons and complaint, and therefore, the Court lacks jurisdiction over the person of the United States; and

- the Court lacks subject matter jurisdiction over the complaint, due to plaintiffs' failure to exhaust administrative remedies prior to filing their suit.

The foregoing grounds for relief are more fully set forth and discussed in a memorandum of law served and filed herewith.

The specific relief sought by this motion is vacation of the default entered on February 14, 2006, and dismissal of plaintiffs' complaint.

Date: July 26, 2006.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone/FAX: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH W. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO VACATE ENTRY OF DEFAULT AND CROSS-MOTION TO DISMISS, which will be filed electronically and available for viewing and downloading from the Court's ECF system, was served upon plaintiffs *pro se* on July 26, 2006, by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>RICK ERWIN
>CAROL ERWIN
>Plaintiffs *pro se*
>6120 N. Lakeway Drive
>Warr Acres, OK 73132

>/s/    Pat S. Genis
>PAT S. GENIS, #446244