IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICK & CAROL ERWIN | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:05-cv-1698 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>O R D E R</u>**

Having considered the United States' motion to vacate entry of default and the United States' cross-motion to dismiss, any opposition thereto, and the entire record in this matter, it is

ORDERED that the United States' motion to vacate entry of default be and is GRANTED;

ORDERED that the entry of default against the United States entered on February 14, 2006, be and is VACATED;

ORDERED that plaintiffs' motion to dismiss is DENIED;

ORDERED that the United States' motion to dismiss is GRANTED;

ORDERED that plaintiffs' complaint is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Rick Erwin
Carol Erwin
Plaintiffs *pro se*
6120 N. Lakeway Drive
Warr Acres, OK 73132

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the United States' proposed ORDER, which will be filed electronically and available for viewing and downloading from the Court's ECF system, was served upon plaintiffs *pro se* on July 26, 2006, by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>RICK ERWIN
>CAROL ERWIN
>Plaintiffs *pro se*
>6120 N. Lakeway Drive
>Warr Acres, OK 73132

>/s/   Pat S. Genis
>PAT S. GENIS, #446244