UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICK & CAROL ERWIN,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 05-1698 (CKK)

**ORDER**
(July 31, 2006)

On Thursday, July 27, 2006, Defendant the United States of America filed *Defendant's Motion to Vacate Entry of Default and Cross-Motion to Dismiss* [#14] in the above-captioned case. Plaintiffs are representing themselves, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, this Court wishes to advise Plaintiffs that they must respond to Defendant's motion to dismiss no later than Monday, August 21, 2006. If Plaintiffs do not respond, the Court shall treat the motion as conceded and dismiss the Complaint.

    **SO ORDERED**.

                                                                  */s/*
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge

<u>Send Copies to</u>:

RICK ERWIN
6120 N Lakeway Drive
Warr Acres, OK 73132
(405) 205-2472
*Pro Se* Plaintiff


CAROL ERWIN
6120 N Lakeway Drive
Warr Acres, OK 73132
(405) 205-2472
*Pro Se* Plaintiff