UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICK & CAROL ERWIN,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 05-1698 (CKK)

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 15th day of September, 2006, hereby

**ORDERED** that [3] Plaintiffs' Emergency Application for Preliminary Injunction Notwithstanding Anti-Injunction Act is DENIED; it is further

**ORDERED** that [9] Plaintiffs' Motion to Dismiss, apparently incorrectly labeled, is DENIED AS MOOT; it is further

**ORDERED** that [14], [15] Defendant's Motion to Vacate Entry of Default and Motion to Dismiss is GRANTED in full; it is further

**ORDERED** that this case is dismissed.  This is a final, appealable Order.

**SO ORDERED**.

                                                        */s/*
                                               COLLEEN KOLLAR-KOTELLY
                                               United States District Judge

<u>Send Copies to</u>:

RICK ERWIN
6120 N Lakeway Drive
Warr Acres, OK 73132
(405) 205-2472
*Pro Se* Plaintiff


CAROL ERWIN
6120 N Lakeway Drive
Warr Acres, OK 73132
(405) 205-2472
*Pro Se* Plaintiff